# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 25-03074-CV-S-MDH |
| MANUEL ALEJANDRO DEJESUS, | ) |
| Defendant. | ) |

## ORDER OF REFERENCE

In accordance with Local Rule 72.1 and Section 636(b)(1), (3), Title 28, United States Code, it is hereby

**ORDERED** that this matter be, and it is hereby, referred to United States Magistrate Willie J. Epps, Jr. for processing and handling; and it is further

**ORDERED** that the Federal Public Defender's Office for the Western District of Missouri be, and it is hereby, appointed to represent the inmate who is subject of this action. After the initial interview, the Assistant Federal Public Defender is directed to submit an affidavit of indigency on behalf of the inmate, or alternatively, to advise the Court if that is not possible. The Government is directed to provide the inmate's commissary account balance to defense counsel.

    /s/ M. Douglas Harpool
M. DOUGLAS HARPOOL
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Date: 3/28/2025